SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
E-mail: apaley@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
E-mail: asanderson@seyfarth.com
Brandon R. McKelvey (SBN 217002)
E-mail: bmckelvey@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
PROSPECT MORTGAGE, LLC and STERLING PARTNERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ELIZABETH SLIGER, CAROL DION and SCOTT AVILA, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC, STERLING PARTNERS, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:10-cv-01952-LJO-SMS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**<br><br>**[L.R. 6-144]**<br><br>Complaint Filed: October 18, 2010 |

Pursuant to the provisions of Local Rule 6-144, plaintiffs ELIZABETH SLIGER, CAROL DION and SCOTT AVILA ("plaintiffs") and defendants PROSPECT MORTGAGE, LLC, and STERLING PARTNERS ("Defendants"), by and through their respective counsel, hereby stipulate that Defendants may have an extension of time in which to respond to the Summons and Complaint filed and served by plaintiffs. Prospect Mortgage and Sterling Partners have recently retained counsel and need additional time to respond to plaintiffs' pleading. After

1                                                        STIPULATION EXTENDING TIME
                                                         TO RESPOND TO COMPLAINT

12918750v.1

PDF created with pdfFactory trial version www.pdffactory.com

Defendants discussed this matter with the Court's clerk and in consideration of the upcoming holidays, the parties have agreed that the due date for a responsive pleading by Defendants shall be extended to January 5, 2011. The parties further stipulate that the claims of the Fair Labor Standards Act collective class will be tolled an amount of time equal to this extension.

Prior to retaining counsel, Prospect Mortgage, LLC entered into a stipulation with plaintiffs agreeing to a 15-day extension of the time in which to respond to the complaint and a stipulation to that effect was filed with this court on November 9, 2010. The parties have not requested any other extensions from this Court.

DATED: November 22, 2010         NICHOLS KASTER, LLP

By /s/ Robert L. Schug
   Matthew C. Hellend
   Robert L. Schug
Attorneys for Plaintiffs
ELIZABETH SLIGER, CAROL DION and
SCOTT AVILA, et al.

DATED: November 22, 2010         SEYFARTH SHAW LLP

By /s/ Brandon R. McKelvey
   Brandon R. McKelvey
Attorneys for Defendants
PROSPECT MORTGAGE, LLC and
STERLING PARTNERS

12918750v.1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The parties' request for an extension of time for Defendants PROSPECT MORTGAGE, LLC and STERLING PARTNERS to respond to Plaintiffs' Summons and Complaint is granted. Defendants PROSPECT MORTGAGE, LLC and STERLING PARTNERS shall have until January 5, 2011 to file a responsive pleading to Plaintiffs' Summons and Complaint. The claims of the Fair Labor Standards Act collective class will be tolled an amount of time equal to this extension.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing is continued from December 22, 2010 to Tuesday, February 22, 2011 at 9:15 a.m. before Judge Snyder.

Dated:  November 23, 2010            /s/ Sandra M. Snyder
                                     Sandra M. Snyder
                                     United States Magistrate Judge

3   STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com