1
2
3
4
5
6
7
8                  **IN THE UNITED STATES DISTRICT COURT**
9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   ELIZABETH SLIGER, et al.,                    CASE NO. CV F 10-1952 LJO SMS

12                        Plaintiffs,           **ORDER TO VACATE HEARING**
                vs.
13
     PROSPECT MORTGAGE, LLC,
14    et al.,

15                        Defendants.
16   _____/

17        Given plaintiffs' filing of an amended complaint as a matter of right under F.R.Civ.P.

18   15(a)(1)(B), this Court VACATES the February 10, 2011 hearing on defendants' F.R.Civ.P. 12(b)(6)

19   motion to dismiss plaintiffs' original complaint.  This Court will take no further action on defendants'

20   motion to dismiss.

21

22        IT IS SO ORDERED.

23   **Dated:     January 13, 2011**            _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28

                                        1