# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SLIGER, et al., | CASE NO. CV F 10-1952 LJO SMS |
| Plaintiffs, | **ORDER ON WHETHER ACTION WAS FILED IN IMPROPER DIVISION** |
| PROSPECT MORTGAGE LLC, | |
| Defendant. / | |

Plaintiffs' first amended complaint indicates that they intended to file this action in this Court's Sacramento Division. The first amended complaint states: "Pursuant to LR 120, this action is properly assigned to the Sacramento Division of the Eastern District of California because a substantial portion of the events giving rise to this dispute occurred in Placer County, California." As such, this Court ORDERS plaintiffs' counsel, no later than February 16, 2011, to file and serve his declaration under penalty of perjury to state whether this action was mistakenly or wrongly filed in this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   February 11, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE