# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SLIGER, | CASE NO. CV F 10-1952 LJO SMS |
| Plaintiffs, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |
| vs. | (Doc. 22, 30, 37.) |
| PROSPECT MORTGAGE, et. al, | |
| Defendants. | |

Review of the record, including the declaration of plaintiffs' counsel, reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division was the intended venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division and to assign a Sacramento district judge and magistrate judge to this action;
3. VACATES all pending dates, including the March 17, 2011 motion to dismiss hearing and the May 23, 2011 scheduling conference, before this Court's Fresno Division;
4. ORDERS defense counsel to reset the motion to dismiss before the reassigned district judge in this Court's Sacramento Division; and
5. DIRECTS the clerk to term docs. 22 and 30 as they pertain to this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   February 17, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE